John W. WOODRUFF, Appellant,

v.

The BOARD OF ZONING ADJUST-
MENT OF the CITY OF KANSAS
CITY, Missouri, Respondent.

WD 78649

Missouri Court of Appeals,
Western District.

Order filed: March 22, 2016

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 3, 2016

Randall D. Crawford, Kansas City, for
Appellant.

Sara Baxter, for Respondent.

Before Division One: Lisa White
Hardwick, Presiding Judge, Victor C.
Howard, Judge and Gary D. Witt, Judge

*ORDER*

PER CURIAM:

John Woodruff appeals the decision of
the trial court upholding the decision of
the Board of Zoning and Adjustment up-
holding the notice of violation issued by
the Director of City Planning and Develop-
ment for the City of Kansas City, Mis-
souri. Mr. Woodruff received the notice of
violation for violating sections 88–615, 88–
435, and Table 88–120–1 of the Code of
Ordinances of the City of Kansas City,
Missouri by outdoor storage of a boat in a
district zoned B3–3. Mr. Woodruff argues
the decision was not supported by substan-
tial and competent evidence because his
use of the boat does not meet the defini-
tion of "outdoor storage" prohibited in the
code of ordinances. Because a published
opinion would have no precedential value,
a memorandum has been provided to the
parties.

The judgment is affirmed. Rule
84.16(b).